UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------X
RICARDO A. PAYAMPS PENA, on behalf of himself,
individually, and all other persons similarly situated,

                         Plaintiff,

      -against-

MAZZILLI MASONRY LLC d/b/a MAZZILLI MASON
CONTRACTORS LLC and JOHN MAZZILLI,

                         Defendants.
---------------------------------------------------X

Docket No.: 24-cv-09471
(EP) (JSA)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their undersigned counsel of record, that the Parties hereby stipulate, consent, and agree that Plaintiff's Complaint shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and without costs or attorneys' fees against any party.

A facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

| | |
|---|---|
| Dated: October 15, 2025 | Dated: November 14, 2025 |
| ROMERO LAW GROUP PLLC | CARMAGNOLA & RITARDI, LLC |
| *[signature: David Barnhorn]* | /s/ Domenick Carmagnola |
| _____ | _____ |
| David D. Barnhorn, Esq. | Domenick Carmagnola, Esq. |
| *Attorneys for Plaintiff* | Andre Fiorica, Esq. |
| 490 Wheeler Road, Suite 277 | *Attorneys for Defendants* |
| Hauppauge, New York 11788 | 60 Washington Street |
| | Morristown, New Jersey 07960 |

SO ORDERED

    s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 11/17/2025

1